IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LINDA DUFF, As Special Administrator of
the Estate of Richard Duff, Deceased;

               Plaintiff,

    vs.

CHUBB INDEMNITY INSURANCE
COMPANY,

               Defendant.

**8:20CV98**

**ORDER**

      This matter comes before the Court on the parties' Joint Stipulation to Dismiss this case with Prejudice (Filing No. 19).  The Court being advised in the premises finds that such an Order is proper.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all matters of this action be withdrawn and dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

      Dated this 25th day of February, 2021.

                         BY THE COURT:

                         s/ Joseph F. Bataillon
                         Senior United States District Judge